# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VIRTRA SYSTEMS, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAAC, INC., a Michigan corporation,<br><br>Defendant. | Case No. 1:14-cv-00319-BLW<br><br>JUDGMENT |

Based on the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation (docket no. 26) is APPROVED and the Complaint filed by the Plaintiff in this matter, including all claims for relief asserted therein is dismissed with prejudice; and the parties shall bear their own costs and attorneys' fees. The Clerk shall close this case.

DATED: April 22, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT- 1